OFFICE OF THE GENERAL COUNSEL
ERIC M. ALDERETE, STATE BAR NO. 199565
eric.alderete@usbank.com
U.S. BANK NATIONAL ASSOCIATION
3121 Michelson Drive, Suite 500
Irvine, CA 92612
Telephone: (949) 798-6781
Facsimile: (949) 798-4258

Attorneys for Defendants
U.S. Bank National Association, Successor in
Interest to the Federal Deposit Insurance
Corporation as Receiver for Downey Savings and
Loan Association, F.A., DSL Service Company
and FCI Lender Services, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANKLIN E. GLASER & VICTORIA GLASER,<br><br>Plaintiffs,<br><br>v.<br><br>ADVANTAGE FINANCIAL; DOWNEY SAVINGS & LOAN; US BANK, N.A. SUCCESSOR IN INTEREST TO THE FDIC AS RECEIVER FOR DOWNEYSAVINGS AND LOAN ASSOCIATION, FA; DSL SERVICE CO.; FCIO LENDER SERVICES, INC.; ALVERNAZ PARTNERS, LLC; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. CV 10 4325 MEJ<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge: Hon. Maria-Elena James<br><br>[First Amended Complaint Filed: August 18, 2010] |

## CERTIFICATE OF SERVICE

I, the undersigned, am over the age of 18 and not a party to the above-entitled action. I am a citizen of the United States, employed in the County of Orange, State of California. My business address is: U.S. Bank National Association, 3121 Michelson Drive, Suite 500, Irvine, CA 92612.

On the date and from the location listed below, I caused the following document(s), the original of which was produced on recycled paper, to be served in the following manner:

1) **NOTICE TO SUPERIOR COURT AND ADVERSE PARTIES OF REMOVAL TO FEDERAL COURT (FILED IN STATE COURT)**

2) **DEFENDANTS U.S. BANK NATIONAL ASSOCIATION, SUCCESSOR IN INTEREST TO THE FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A.'S, DSL SERVICE COMPANY'S AND FCI LENDER SERVICES, INC.'S NOTICE OF REMOVAL TO FEDERAL COURT**

3) **CIVIL CASE COVER SHEET**

4) **DEFENDANTS U.S. BANK NATIONAL ASSOCIATION, SUCCESSOR IN INTEREST TO THE FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A.'S, DSL SERVICE COMPANY'S AND FCI LENDER SERVICES, INC.'S NOTICE OF INTERESTED PARTIES**

5) **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

6) **CASE MANAGEMENT STANDING ORDER MAGISTRATE JUDGE MARIA-ELENA JAMES**

7) **STANDING ORDER – DISCOVERY AND DISPUTE PROCEDURES**

8) **NOTICE OF TRIAL ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE AND ORDER TO FILE CONSENT/REQUEST FOR REASSIGNMENT FORM**

9) **FORM: CONSENT TO ASSIGNMENT OR REQUEST FOR REASSSIGNMENT**

10) **STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA**

☐   VIA E-MAIL - By electronic mail or as follows:

**Through the Court's CM/ECF filing system.**

1  ☒  **BY MAIL:** By placing a true and correct copy thereof enclosed in a sealed envelope addressed as above, with postage thereon fully prepaid in the U.S. Mail at Irvine, California. I am readily familiar with the Bank's practice of collection and processing of correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at Irvine, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing as stated in the affidavit.

☐  **BY OVERNIGHT COURIER:** I caused the above-referenced document(s) to be delivered to United Parcel Service ("UPS") for delivery to the above address(es) in an envelope or package designated by UPS.

☐  **BY FACSIMILE:** I served said document(s) to be transmitted by facsimile pursuant to CRC 2.306. The telephone number of the sending facsimile machine was 949.798.4258. The name(s) and facsimile machine number(s) of the person(s) served are set forth in the service list. The sending facsimile machine (or the machine used to forward the facsimile) issued a transmission report confirming that the transmission was complete and without error. Pursuant to Rule 2.306(g)(4), a copy of that report is attached to this declaration.

Service was directed to:

| | |
|---|---|
| Curtis Legal Group<br>Peter B. Fisher, State Bar No. 268450<br>Pfisher@CurtisLegalGroup.com<br>1300 K Street<br>P.O. Box 3030<br>Modesto, CA 95353 | Stevan J. Henrioulle, SBN #57282<br>Ronald V. Uy, SBN #177157<br>1212 Broadway, Suite 820<br>Oakland, CA 94612 |

 I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on September 28, 2010 at Irvine, California.

_/s/ Erika Ospina Awad_
Erika Ospina Awad

-3-
CERTIFICATE OF SERVICE