UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| FRANKLIN E GLASER, et al., | No. C 10-04325 MEJ |
| Plaintiffs, | **ORDER TO SHOW CAUSE** |
| v. | |
| ADVANTAGE FINANCIAL, et al., | |
| Defendants. | |
| _____/ | |

On September 29 and October 1, 2010, the Defendants in the above-captioned matter filed motions to dismiss, with a noticed hearing date of November 18, 2010. (Dkt. ##5, 11.) Pursuant to Civil Local Rule 7, Plaintiff's opposition or statement of non-opposition was due by October 28, 2010; however, Plaintiff failed to file an opposition. Accordingly, the Court hereby VACATES the November 18, 2010 hearing and ORDERS Plaintiffs Franklin and Victoria Glaser to show cause why this case should not be dismissed for failure to prosecute and comply with court deadlines. Plaintiff shall file a declaration by November 10, 2010, and the Court shall conduct a hearing on November 18, 2010 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: November 1, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge