UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| FRANKLIN E GLASER, et al., | No. C 10-04325 MEJ |
| Plaintiffs, | **ORDER TO SHOW CAUSE** |
| v. | |
| ADVANTAGE FINANCIAL, et al., | |
| Defendants. | |
| _____/ | |

On November 1, 2010, the Court ordered Plaintiffs Franklin and Victoria Glaser to show cause why this case should not be dismissed for failure to prosecute and comply with court deadlines. (Dkt. #15.) Having reviewed Plaintiffs' counsel's declaration in response, (Dkt. #16), the Court hereby DISCHARGES the order to show cause. Plaintiffs shall file an opposition to Defendants' motion to dismiss by November 29, 2010, Defendants shall file any reply by December 9, 2010, and the Court shall conduct a hearing on December 23, 2010 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: November 15, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge