UNITED STATES DISTRICT COURT

Northern District of California

FRANKLIN E GLASER & VICTORIA GLASER,

                Plaintiffs,

   v.

ADVANTAGE FINANCIAL, et al.,

                Defendants.
_____/

No. C 10-4325 MEJ

**SECOND ORDER DIRECTING PLAINTIFFS TO FILE CONSENT/DECLINATION FORM**

     On September 29, 2010, the Court ordered the parties to consent to Magistrate Judge James' jurisdiction or request reassignment to a district judge. Plaintiffs have failed to comply with this order. This civil case was randomly assigned to Magistrate Judge James for all purposes including trial. In accordance with 28 U.S.C. § 636(c), the magistrate judges of this district court are designated to conduct any and all proceedings in a civil case, including trial and entry of final judgment, upon the consent of the parties. An appeal from a judgment entered by Magistrate Judge James may be taken directly to the United States Court of Appeals for the Ninth Circuit in the same manner as an appeal from any other judgment of a district court.

     You have the right to have your case assigned to a United States District Judge for trial and disposition. Accordingly, Plaintiffs shall inform the Court whether they consent to Magistrate Judge James' jurisdiction or request reassignment to a United States District Judge for trial. A copy of both the consent and declination forms may be obtained from the Northern District of California's website at http://www.cand.uscourts.gov/. From the homepage, click on the "Forms" tab on the left margin, then choose "Civil." Plaintiffs shall inform the Court of their decision by November 29, 2010.

     **IT IS SO ORDERED.**

Dated: November 15, 2010

                                                 _____
                                                 Maria-Elena James
                                                 Chief United States Magistrate Judge