UNITED STATES DISTRICT COURT

Northern District of California

FRANKLIN E GLASER, et al.,

               Plaintiffs,

  v.

ADVANTAGE FINANCIAL, et al.,

               Defendants.
_____/

No. C 10-04325 MEJ

**ORDER DISCHARGING OSC**

**ORDER SCHEDULING HEARING RE MOTIONS TO DISMISS**

On December 1, 2010, the Court issued a second order to show cause, requiring Plaintiffs Franklin and Victoria Glaser to show cause why this case should not be dismissed for failure to prosecute and comply with court deadlines. (Dkt. #20.) Having reviewed Plaintiffs' counsel's declaration in response, (Dkt. #21), the Court is troubled that counsel fails to provide any justification for their failure to file oppositions to Defendants' pending motions. Instead, counsel states that Plaintiffs have a meritorious case and should be allowed to proceed. As this is the second time that Plaintiffs have failed to file an opposition, such failure without justification will not be tolerated. However, so that the case may proceed on the merits, the Court shall permit Plaintiffs a final opportunity to respond. Accordingly, the Court hereby DISCHARGES the second order to show cause. Plaintiffs shall file an opposition to Defendants' motions to dismiss by December 23, 2010, Defendants shall file any replies by January 6, 2011, and the Court shall conduct a hearing on January 20, 2011 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. If Plaintiffs fail to file an opposition by December 23, 2010, this case shall be dismissed and Plaintiffs' counsel shall be reported to the California State Bar for their conduct in this matter.

**IT IS SO ORDERED.**

Dated: December 16, 2010

                                              _____
                                              Maria-Elena James
                                              Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California