UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| FRANKLIN E GLASER, et al., | No. C 10-04325 MEJ |
| Plaintiffs, | |
| v. | **ORDER VACATING CMC** |
| ADVANTAGE FINANCIAL, et al., | |
| Defendants. | |
| _____/ | |

This matter is scheduled for a case management conference on January 6, 2011. However, as there are two motions to dismiss pending, the Court VACATES the January 6 cmc, and shall reschedule it, if necessary, after resolution of the pending motions.

**IT IS SO ORDERED.**

Dated: December 16, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge