UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| FRANKLIN E GLASER, et al., | No. C 10-04325 MEJ |
| Plaintiffs, | **THIRD ORDER TO SHOW CAUSE** |
| v. | |
| ADVANTAGE FINANCIAL, et al., | |
| Defendants. | |
| _____/ | |

Currently pending in this case are two motions to dismiss, which are both fully briefed and awaiting hearing. (Dkt. ## 5, 11.) However, on January 7, 2011, the Clerk of Court notified the parties that the undersigned magistrate judge, who is the presiding judge in this matter, would be unavailable to conduct the hearing in this case for an undetermined period of time due to a surgical procedure. (Dkt. #30.) The Clerk requested that the parties file a joint statement informing the Court as to whether they wished to proceed before Magistrate Judge Timothy Bommer, who is sitting by designation of the Chief Judge, or continue the hearing until such time as Magistrate Judge James is available to hear the matter. (Dkt. #30.) On January 21, 2011, the parties filed a response. (Dkt. #31.) Although Defendants stated that they wished to proceed before Magistrate Judge Bommer, Plaintiffs response came from their counsel, who stated: "I do not have authority from my clients to have the case heard by Magistrate Judge Timothy Bommer."

After communicating with Plaintiffs' counsel via email regarding this response, the Court learned that counsel was not in communication with their clients. Given that the Court has already issued two orders to show cause for Plaintiffs' failure to file oppositions to Defendants' motions, this delay is unacceptable to the Court and unfair to Defendants. Accordingly, the Court ORDERS Plaintiffs Franklin and Victoria Glaser to show cause why sanctions, including granting Defendants'

motions, should not be imposed for failure to prosecute and respond to court orders. Plaintiffs themselves (not their counsel) shall file a declaration by February 25, 2011, and the Court shall conduct a hearing on March 3, 2011 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: February 18, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge