UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| FRANKLIN E GLASER, et al., | No. C 10-04325 MEJ |
| Plaintiffs, | **ORDER VACATING OSC HEARING** |
| v. | |
| ADVANTAGE FINANCIAL, et al., | |
| Defendants. | |
| _____/ | |

On February 18, 2011, the Court ordered Plaintiffs Franklin and Victoria Glaser to show cause why sanctions, including granting Defendants' pending motions to dismiss, should not be imposed for failure to prosecute and respond to court orders. (Dkt. No. 32.) Plaintiffs have failed to respond. However, as Defendants' motions remain pending, the Court VACATES the March 3, 2011 osc hearing so that the case may proceed forthwith on the merits. If the Court determines that a hearing is necessary on Defendants' motions, the Clerk of Court shall inform the parties of the hearing date. As this is the third order to show cause issued against Plaintiffs in this case, the Court warns Plaintiffs that, should their case survive the pending motions to dismiss, they shall not be permitted any more second or third opportunities to comply with their obligations before this Court, *i.e.*, a fourth order to show cause will not be issued; the case shall be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: February 18, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge